UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 4:18-CR-274** |
| | ) | |
| **PABLO RANGEL-RUBIO,** | ) | |
| **JUAN RANGEL-RUBIO, and** | ) | |
| **HIGINIO PEREZ-BRAVO** | ) | |

**JOINT MOTION TO AMEND
<u>PROTECTIVE ORDER GOVERNING DISCOVERY</u>**

The parties in this case jointly move to amend the discovery protective Order entered on February 4, 2019 ("Order"). Dkt. No. 63.

In particular, page two of the Order currently requires that discovery be possessed by a Defendant only in the presence of Defendant's counsel. That restriction has proved unduly burdensome in light of the voluminous nature of discovery, disparate locations of counsel, and number of investigative and other non-attorney staff members assisting defense counsel in this case. Accordingly, the proposed amendment clarifies that Defendants may possess discovery material in the presence of investigative, secretarial, clerical, and paralegal personnel retained by or affiliated with Defendants' counsel of record. No other amendment is proposed.

*Signatures on the Following Page*

Respectfully submitted,

| | |
|---|---|
| ***/s/Tania D. Groover***<br><br>Tania D. Groover<br>Assistant United States Attorney<br>Georgia Bar No. 127947<br>Post Office Box 8970<br>Savannah, Georgia 31412<br>Telephone: (912) 652-4422<br>tania.groover@usdoj.gov | ***/s/ Chris Howard***<br><br>Chris Howard<br>Assistant United States Attorney<br>New York Bar No. 4935938<br>Post Office Box 8970<br>Savannah, Georgia 31412<br>Telephone: (912) 652-4422<br>Christopher.howard@usdoj.gov |
| ***/s/ W. Dow Bonds***<br><br>W. Dow Bonds<br>The Bonds Law Firm<br>33 Bull Street, Suite 540<br>Savannah, GA 31401<br>Telephone: (912) 335-3220<br>dowbonds@yahoo.com<br>Attorney for Pablo Rangel-Rubio | ***/s/ Jeffrey L. Ertel***<br><br>Jeffrey L. Ertel<br>Federal Defender Program, Inc.<br>101 Marietta Street, Suite 1500<br>Atlanta, GA 30303<br>Telephone: (404) 688-7530<br>jeff_ertel@fd.org<br>Attorney for Pablo Rangel-Rubio |
| ***/s/ George R. Asinc***<br><br>George R. Asinc<br>Asinc and Associates<br>445 Goshen Road<br>Rincon, GA 31326<br>Telephone: (912) 484-7431<br>geo6152@comcast.net<br>Attorney for Juan Rangel-Rubio | ***/s/ Mark Evan Olive***<br><br>Mark Evan Olive<br>Law Offices of Mark E. Olive, PA<br>320 W. Jefferson Street<br>Tallahassee, FL 32301<br>Telephone: (850) 224-0004<br>meolive@aol.com<br>Attorney for Juan Rangel-Rubio |
| ***/s/ Bobby Phillips***<br><br>Robert Paul Phillips, III<br>Phillips, Carson & Phillips<br>420 W. Broughton Street, 2nd Floor<br>Savannah, GA 31401<br>Telephone: (912) 232-0081<br>BPLAW@msn.com<br>Attorney for Higinio Perez-Bravo | ***/s/ John R. Martin***<br><br>John R. Martin<br>Martin Brothers, P.C.<br>1099 St. Louis Pl,<br>Atlanta, GA 30306<br>Telephone: (404) 433-7446<br>jack@martinbroslaw.com<br>Attorney for Higinio Perez-Bravo |