UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUAN RANGLE-RUBIO, )<br>)<br>Defendant ) | Indictment No. CR418-274 |

## MOTION FOR APPROVAL OF TRAVEL FUNDS AND PER DIEM TO ATTEND CAPITAL CASE REVIEW COMMITTEE MEETING

COMES NOW George R. Asinc, Court Appointed Local Counsel in the above cited case, and moves the Court to approve funding in excess of $900.00 to attend the Capital Case Review Committee Meeting Scheduled at the Department of Justice in Washington D.C. on January 21st, 2020 at 2:00 p.m. along with Learned Counsel Mark E. Olive to represent Juan Rangle Rubio. Counsel submits the following good faith estimate of travel expenses for the Court's approval:

1. Bundled Round Trip Airline Ticket from Savannah, GA to Washington, D.C. and two (2) nights hotel lodging purchased from Priceline: **$745.00**.  2020 Government per diem lodging rate for Washington D.C. is $184.00 per day and round trip airline ticket purchased separately from Savannah to Washington D.C. is $488.00 plus taxes (Economy) on United Airlines;

2. Government Meal Rate per diem for Washington, D.C, for January 2020 for 2 days: $76.00 per day for a total of **$152.00**;

3. Checked baggage charge each way of $40.00 for a total of **$80.00**;

4. Ground transportation to and from airport to Hotel: **$80.00**;

5. Savannah, GA airport Parking Rates: $12.00 per day for 3 days: **$36.00**; and

      6. Mileage to and from Savannah Airport: 30 miles @ .575 per mile for a total of **$17.25**.

**WHEREFORE**, Defendant respectfully requests this Court to grant funding in the total amount of approximately **$1110.25**.

Respectfully submitted this 8th day of January 2020.

                    **/s/ George R. Asinc**
                    Attorney for Juan Rangle-Rubio
                    Georgia Bar No. 025197
                    445 Goshen Road
                    Rincon, Georgia 31326
                    Telephone: (912) 376-6756
                    E-mail: geo6152@comcast.net

## CERTIFICATE OF SERVICE

The undersigned Attorney for Juan Rangle-Rubio, in the above matter hereby certifies that he electronically filed this day the foregoing Defendant's Motion for Travel Funds to attend Capital Case Review Committee Meeting at DOJ using the United State District Court for the Southern District of Georgia Electronic Filing Case System which automatically generates and sends email notification of every proper filing to the attorney of record for the opposing party which, in this criminal case, is:

                                          Tania Groover
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        22 Barnard Street, Suite 300
                                        Savannah, GA 31401

This 8th day of January, 2020.

                                        **/s/ George R. Asinc**
                                        Attorney for Juan Rangle-Rubio
                                        Georgia Bar No. 025197
                                        445 Goshen Road
                                        Rincon, Georgia 31326
                                        Telephone: (912) 376-6756
                                        E-mail: geo6152@comcast.net