IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

*By staylor at 3:19 pm, Jan 13, 2020*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 418-cr-274 |
| JUAN RANGEL-RUBIO, | |
| Defendant. | |

## **ORDER**

This matter is before the Court on Defendant Juan Rangel-Rubio's Motion for Approval of Travel Funds and Per Diem to Attend Capital Case Review Committee Meeting. Doc. 214. After consideration by the Court and for good cause shown, Defendant's Motion is **GRANTED.**

The Court issued an Order regarding compensation in regard to this case on November 21, 2019. Doc. 173. In section "2. Reimbursable Expenses," the Court states that it allows counsel to be reimbursed for out-of-pocket expenses reasonably incurred incident to representation, but that no single expense item in excess of $900.00 shall be incurred without prior approval by the Court. Defendant's Motion for Approval of Travel Funds and Per Diem to Attend Capital Case Review Committee Meeting, doc. 214, exceeds the $900.00 threshold and therefore requires Court approval. Accordingly, the Motion is **GRANTED**. Defense counsel, George R. Asinc, is permitted to travel to Washington, D.C. on January 21, 2020 to attend the Capital Case Review Committee Scheduled at the Department of Justine in Washington, D.C. Defense counsel is granted funding up to $1,110.25 to cover expenses set out Defendant's Motion, doc. 214. Defense counsel shall contact the Clerk of Court in order to book airfare.

**SO ORDERED**, this 13th day of January, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA