# Aaron G. Gonzalez

266 Exley Rd. South, Rincon, Georgia 31326 912 547 1930

[ccpd856@windstream.ne

## Military Experience
- Basic Training: Ft. Benning "Infantry/Tow Gunner" March 1987-June 1987
- Stations Duties:
- West Germany June 1987-June 1989
- Ft. Stewart, Hinesville, Georgia June 1989-June 1991
- South Asia Desert Shield/Desert Storm  "Saudi Arabia-Iraq"
- June 21, 1991 Honorable Discharge
- 117 MASH Unit Army Reserved Unit "Honorable Discharge"

## Law Enforcement
- Chatham County Sheriff's Office April 1994-March 1996
- Correctional Officer Certified June 1994
- Police Academy October 1995-Decenber 12, 1995
- Chatham County Police Department March 1996-August 2004
- Chatham County District Attorney Office "Easter Judicial Circuit" August 20014-March 2010
- Chatham County Sheriff's Office March 2010-present
- Reassigned to the Chatham County Police Department February to April 16, 2018 (Patrol Officer)

### Chatham County Sheriff's Office "Correctional Officer"
- Unit 1 wing correctional officer-FTO-supervise inmate
- Police academy October 1995 – December 1995

### Chatham County Police Officer
- Patrol Officer respond to 911 calls, other assigned duties regarding patrol duties
- Reassigned to Organized Unit January 1997 – June 2000 "conduct criminal investigations - gang units- prostitutions – sex crimes – commercial gambling and other criminal investigations and wire taps
- Reassigned to Chatham County Counter Narcotics Unit
- CNT June 2000 – August 2004 – conduct drug operation's – supervise informant's-drug purchases
- Pharmaceutical Investigation
- Assist undercover operation's during G8-2004
- 2003 Chatham County Police Department and Savannah Police Department merge as Savannah-Chatham County Police Department "Metro Police Department"

# Aaron G. Gonzalez

266 Exley Rd. South, Rincon, Georgia 31326 912 547 1930

[ccpd856@windstream.net

**Chatham County District Attorney Office "Eastern Judicial Circuit" August 2004 – March 2010**

- Under direction, investigates criminal cases and alleged crimes under the jurisdiction of the Office of the District Attorney of the Eastern Judicial Circuit. Conduct interviews and interrogations, conduct searches and seizures, gives testimony and assist other law enforcement agencies. Assist in preparing the strongest possible cases and performs other duties as assigned.

**Retired**
- April 16, 2018
- Reserved Deputy Sheriff "Chatham County Sheriff's Office"
- Bluecoat Security Courthouse "Chatham County Sheriff's Office"
- Bluecoat Security Courthouse "Effingham County Sheriff's Office"

**Skills**
- Bilingual: Spanish and English
- Microsoft Word
- Excel Spreadsheets
- GCIC/NCIC

# Aaron G. Gonzalez

266 Exley Rd. South, Rincon, Georgia 31326 912 547 1930
[ccpd856@windstream.net]