IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

*By mgarcia at 9:25 am, Mar 02, 2020*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 418-cr-274 |
| PABLO RANGEL-RUBIO, JUAN RANGEL-RUBIO, and HIGINIO PEREZ-BRAVO | |
| Defendants. | |

**O R D E R**

The Government has filed its Notice Regarding Death Penalty, in which the Government states that it will not seek the death penalty as to any of the Defendants charged in this action even if that Defendant is convicted of an offense for which the death penalty may otherwise be imposed. Doc. 253. Accordingly, the stay previously entered in this case, doc. 117, has expired and it is appropriate, at this time, to reassess the schedule in this case. The Court has scheduled a Status Conference on March 19, 2020 at 10:00 a.m. in the Savannah Federal Courthouse, 125 Bull Street, Savannah, Georgia, and will address the schedule in this case during that conference.

The Status Conference will be held in open court on March 19, 2020. Prior to the Status Conference, all parties are Ordered to confer regarding the schedule and any unresolved discovery issues in the case. Following that conferral, the parties shall jointly submit any agreed upon proposed schedule on or before March 12, 2020. To the extent the parties are unable to agree on a schedule or a particular aspect of the schedule, the parties should explain their disagreement and respective positions in the submission. In addition, at the conference, counsel for all parties must be prepared to discuss the status of any pending motions, whether a separate

motions hearing is needed or requested, and whether any additional time for filing pretrial motions is requested and, if so, whether that request opposed.

**SO ORDERED**, this 2nd day of March, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA